Dismissed and Memorandum Opinion filed July 3, 2008








Dismissed
and Memorandum Opinion filed July 3, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00344-CV

____________

 

LORETTER BROCK, Appellant

 

V.

 

BANK OF NEW YORK, Appellee

 

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 882151

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed April 9, 2007.  The clerk=s record was filed on October 26,
2007.  Appellant failed to make payment arrangements for the reporter=s record.  No brief was filed.








On May
15, 2008, this Court issued an order stating that unless appellant submitted
her brief, together with a motion reasonably explaining why the brief was late,
on or before June 16, 2008, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).

Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July 3,
2008.

Panel consists of Justices Yates, Anderson, and Brown.